FILED

SEP 25 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| | § | **CASE NO. 4:18-CR-00095-ALM** |
| **v.** | § | |
| | § | |
| | § | |
| **JUAN CARLOS CRUZ OVALLE (3)** | § | |

## ORDER

The Court set a hearing to consider the matter of Defendant's detention pending trial and Defendant waived the right to a detention hearing by the execution of waiver.

It is therefore **ORDERED** that Defendant is detained pending trial without prejudice to re-raising the issue of pretrial detention at any time.

So ORDERED and SIGNED this September 25, 2026.

BILL DAVIS
UNITED STATES MAGISTRATE JUDGE